STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana  59101
steven_babcock@fd.org
Phone:  (406) 259-2459
Fax:  (406) 259-2569
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BRYANT HARBIN,<br><br>Defendant. | Case No. MJ-20-102-BLG-TJC<br><br>**MOTION TO VACATE DETENTION HEARING** |

COMES NOW, Defendant Roger Bryant Harbin, by and through his Counsel of record, Steven C. Babcock and the Federal Defenders of Montana, and hereby moves this Court for an Order vacating the Detention Hearing in this matter, presently set for Thursday, December 10, 2020, at 2:00 p.m.

The grounds for this motion are as follows:

Mr. Taylor has decided to waive his right to a Detention Hearing.

RESPECTFULLY SUBMITTED 9th day of December, 2020.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

      I hereby certify that on December 9, 2020, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
\_\_\_   Hand Delivery
_3_   Mail
\_\_\_   Overnight Delivery Service
\_\_\_   Fax
\_\_\_   E-Mail

1.   CLERK, UNITED STATES DISTRICT COURT

2.   THOMAS GODFREY
    Assistant United States Attorney
    United States Attorney's Office
    2601 2nd Avenue North
    Billings, MT  59101
        Counsel for the United States.

3.   ROGER BRYANT HARBIN
        Defendant

                /s/ Steven C. Babcock
                STEVEN C. BABCOCK
                Federal Defenders of Montana
                    Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MJ-20-102-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER TO VACATE** |
| ROGER BRYANT HARBIN, | **DETENTION HEARING** |
| Defendant. | |

Defendant Roger Bryant Harbin, having filed a Motion to Vacate Detention Hearing,

Wherefore, IT IS ORDERED:

That the Detention Hearing for Defendant Roger Bryant Harbin, presently set for Thursday, December 10, 2020, at 2:00 p.m., is VACATED.

DATED this _____ day of _____, 2020.

_____
TIMOTHY J. CAVAN
U. S. MAGISTRATE COURT JUDGE